UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ<br>1543 44th Street, N.W.<br>Washington, DC  20007-2004,<br><br>      Plaintiff,<br><br>vs.<br><br>DIRECTV, INC.<br>2230 East Imperial Highway<br>El Segundo, California  90245,<br><br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for DIRECTV, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DIRECTV, Inc. which have any outstanding securities in the hands of the public:

    **The DIRECTV Group, Inc.**

    **News Corporation**

I further certify:

    DIRECTV, Inc., a California corporation, is a wholly owned subsidiary of DIRECTV Enterprises, LLC, a Delaware limited liability company.

    DIRECTV Enterprises, LLC is a wholly owned subsidiary of DIRECTV Holdings, LLC, a Delaware limited liability company.

    DIRECTV Holdings, LLC is a wholly owned subsidiary of The DIRECTV Group, Inc., a publicly traded Delaware corporation.

    DIRECTV, Inc. is not publicly traded, nor is DIRECTV Enterprises LLC or DIRECTV Holdings, LLC.  The DIRECTV Group, Inc., which indirectly owns DIRECTV, Inc., is

publicly traded.

News Corporation, which is publicly traded, holds more than 10% of the stock of The DIRECTV Group, Inc. through its subsidiary Fox Entertainment Group, Inc., which is not publicly traded.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: March 26, 2007

Respectfully submitted by,

KIRKLAND & ELLIS LLP

*/s/ Marimichael O. Skubel*

Marimichael O. Skubel (D.C. Bar No. 294934)
mskubel@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Tel: (202) 879-5000
Fax: (202) 879-5200

Michael E. Baumann (D.C. Bar No. 339028)
mbaumann@kirkland.com
Melissa D. Ingalls (D.C. Bar No. 501060)
mingalls@kirkland.com
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Tel.: (213) 680-8400
Fax.: (213) 680-8500

Attorneys for Defendant DIRECTV, INC.

**CERTIFICATE OF SERVICE**

K&E 11705121.3

This is to certify that a true and correct copy of the foregoing has been served upon the following individuals by hand delivery, on the 26th day of March, 2007:

John T. Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

Attorney for Defendant DIRECTV, Inc.

K&E 11705121.3