# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J. P. SZYMKOWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: 1:07-CV-00581 |
| vs. ) | |
| ) | The Honorable Paul L. Friedman |
| DIRECTV, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE PURSUANT TO LCvR 5.4(e)(1)(B) OF
## FILING EXHIBITS IN PAPER FORM

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e)(1)(B), Exhibits A-D to the Declaration of Michael Johnson in support of DIRECTV's Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration will be filed and served in paper form.

April 2, 2007                                    Respectfully submitted by,

                                                 KIRKLAND & ELLIS LLP


                                                 _____/s/ Marimichael O. Skubel_____
                                                 Marimichael O. Skubel (D.C. Bar No. 294934)
                                                 mskubel@kirkland.com
                                                 KIRKLAND & ELLIS LLP
                                                 655 Fifteenth Street, N.W.
                                                 Washington, D.C.  20005-5793
                                                 Tel:  (202) 879-5000
                                                 Fax:  (202) 879-5200

                                                 Michael E. Baumann (D.C. Bar No. 339028)
                                                 mbaumann@kirkland.com
                                                 Melissa D. Ingalls (D.C. Bar No. 501060)
                                                 mingalls@kirkland.com
                                                 KIRKLAND & ELLIS LLP
                                                 777 S. Figueroa Street, 37th Floor
                                                 Los Angeles, California  90017
                                                 Tel.: (213) 680-8400
                                                 Fax.: (213) 680-8500

                                                 Attorneys for Defendant DIRECTV, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **NOTICE PURSUANT TO LCvR 5.4(e)(1)(B) OF FILING EXHIBITS IN PAPER FORM** has been served upon the following individuals by hand delivery, on the 2nd Day of April, 2007:

John T. Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

                                                    /s/ Marimichael O. Skubel
                                          Attorney for Defendant DIRECTV, Inc.