UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECTV, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER: 1:07-CV-00581<br>)<br>) The Honorable Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing:

1. DIRECTV'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION AND TO COMPEL ARBITRATION;

2. STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF DIRECTV'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION AND TO COMPEL ARBITRATION;

3. DECLARATION OF DAVID I. HOROWITZ IN SUPPORT OF DIRECTV'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION, AND TO COMPEL ARBITRATION;

4. DECLARATION OF MICHAEL JOHNSON IN SUPPORT OF DIRECTV'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION, AND TO COMPEL ARBITRATION; and

5. [PROPOSED] ORDER GRANTING DIRECTV'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION AND TO COMPEL ARBITRATION.

has been served upon the following individuals by hand delivery, on the 2nd day of April, 2007.

  John T. Szymkowicz
  1220 19th Street, N.W., Suite 400
  Washington, DC 20036-2438
  (202) 862-8500

Dated: April 2, 2007

Respectfully submitted by,

KIRKLAND & ELLIS LLP

       /s/ Marimichael O. Skubel
Marimichael O. Skubel (D.C. Bar No. 294934)
mskubel@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Tel:  (202) 879-5000
Fax:  (202) 879-5200

Michael E. Baumann (D.C. Bar No. 339028)
mbaumann@kirkland.com
Melissa D. Ingalls (D.C. Bar No. 501060)
mingalls@kirkland.com
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California  90017
Tel.: (213) 680-8400
Fax.: (213) 680-8500

Attorneys for Defendant DIRECTV, INC.