UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ, <br><br>  Plaintiff, <br><br> vs. <br><br> DIRECTV, INC., <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NUMBER: 1:07-CV-00581 <br> ) <br> ) The Honorable Paul L. Friedman <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT RULE 26(f), LCvR 16.3(d) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3(d), the parties met and conferred on April 11, 2007.  John Szymkowicz of Szymkowicz & Szymkowicz, LLP, on behalf of Plaintiff, and Melissa D. Ingalls and David I. Horowitz of Kirkland & Ellis LLP, on behalf of DIRECTV, participated in this meeting.  The parties discussed the following matters, as required by Local Civil Rule 16.3(c).

**I.   DISPOSITIVE MOTIONS (LCvR 16.3(c)(1))**

After removing Plaintiff's Complaint to this Court on March 26, 2007, DIRECTV responded to the Complaint on April 2, 2007 with a Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration ("Motion to Compel Arbitration").  Plaintiff opposed DIRECTV's Motion to Compel Arbitration on April 12, 2007, and DIRECTV's Reply is due April 23, 2007.  On April 12, 2007, Plaintiff also filed a Cross-Motion for Declaratory Judgment regarding the enforceability of the parties' arbitration agreement ("Cross-Motion for Declaratory Judgment").  DIRECTV's Opposition is due April 26, 2007, and Plaintiff's Reply would be due within five days of the Opposition.

The parties agree, and recommend to the Court, that discovery and other matters be stayed pending this Court's decision on DIRECTV's Motion.

## II. AMENDMENTS TO PLEADINGS (LCvR 16.3(c)(2))

Because DIRECTV's Motion to Compel Arbitration is pending, the parties agree that the timing for motions to join other parties or for leave to amend the pleadings should be stayed until the arbitration motion is resolved.

## III. ASSIGNMENT TO MAGISTRATE JUDGE (LCvR 16.3(c)(3))

The parties agree that the case should not be assigned to a magistrate judge for all purposes.

## IV. SETTLEMENT AND ADR (LCvR 16.3(c)(4)-(5))

DIRECTV asserts that it has attempted to resolve Mr. Szymkowicz's dispute informally, as required by the parties' Customer Agreement, but Mr. Szymkowicz has so far refused DIRECTV's offer.  DIRECTV asserts that it has already provided Mr. Szymkowicz hundreds of dollars in credit amounts to compensate him for any issues he has experienced with his High Definition DVR service.

The parties agree that discussion of whether additional methods of ADR, other than the arbitration that is the subject of DIRECTV's motion, could facilitate resolution should await this Court's decision on the Motion to Compel Arbitration.

## V. RESOLUTION BY SUMMARY JUDGMENT OR MOTION TO DISMISS (LCvR 16.3(c)(6))

DIRECTV asserts that this case can be resolved by its pending Motion to Dismiss and Compel Arbitration.  The parties agree that setting dates for other dispositive motions, including motions for summary judgment, should await the Court's decision on the pending Motion to Compel Arbitration.

## VI. INITIAL DISCLOSURES (LCvR 16.3(c)(7))

The parties agree that initial disclosures required by Federal Rule 26(a)(1) should be stayed pending this Court's decision on the pending Motion to Compel Arbitration.

**VII.    DISCOVERY (LCvR 16.3(c)(8)-(9))**

The parties agree that all discovery, including initial disclosures and expert discovery, should be stayed pending this Court's decision on the Motion to Compel Arbitration.

**VIII.   CLASS CERTIFICATION PROCEEDINGS (LCvR 16.3(c)(10))**

The parties agree that all class certification proceedings should be stayed pending this Court's decision on the Motion to Compel Arbitration. After the pending motion is resolved by final order, if this matter remains in this Court, Plaintiff's Motion for Class Certification will be due 60 days after DIRECTV's Motion to Compel Arbitration and Plaintiff's Cross-Motion for Declaratory Judgment are resolved. The parties will then confer and agree on a proposed schedule for discovery and briefing regarding class certification.

**IX.    BIFURCATION (LCvR 16.3(c)(11))**

The parties agree that a decision regarding bifurcation or phasing this matter should await this Court's decision on the pending Motion to Compel Arbitration.

**X.     PRETRIAL CONFERENCE AND TRIAL DATE (LCvR 16.3(c)(12)-(13))**

The parties agree that the setting of a pretrial conference and trial date should await this Court's decision on the pending Motion to Compel Arbitration.

**XI.    OTHER MATTERS (LCvR 16.3(c)(14))**

The parties agreed that there were no other matters requiring discussion at this time.

DATED: April 18, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John T. Szymkowicz
John T. Szymkowicz (D.C. Bar No. 946079)
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036-2438
202-862-8500 (telephone)
202-862-9825 (facsimile)

Attorney for Plaintiff J.P. Szymkowicz

3

DATED:  April 18, 2007                              /s/ Marimichael O. Skubel
                                                Marimichael O. Skubel (D.C. Bar No. 294934)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
202-879-5000 (telephone)
202-879-5200 (facsimile)

Melissa D. Ingalls (D.C. Bar No. 501060)
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
213-680-8552 (telephone)
213-680-8500 (facsimile)

Attorneys for Defendant DIRECTV, Inc.

4

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been served on the 18th day of April, 2007, upon the following individuals by operation of the Court's electronic filing system:

John T. Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

                     /s/ Marimichael O. Skubel
                     Attorney for Defendant DIRECTV, Inc.

K&E 11744261.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ,<br><br>   Plaintiff,<br><br> vs.<br><br>DIRECTV, INC.,<br><br>   Defendant. | CIVIL ACTION NUMBER: 1:07-CV-00581<br><br>The Honorable Paul L. Friedman |

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rules 16.3(d) and 16.4, the Court hereby enters the following Scheduling Order in accordance with the parties' agreements as stated in their Joint Rule 26(f) and LCvR 16.3(d) Report:

Initial disclosures, discovery, and other pre-trial matters and proceedings, including dispositive or other motions and all class certification proceedings, are hereby stayed pending this Court's decision on DIRECTV's Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration ("Motion to Compel Arbitration"). If, after the Motion to Compel Arbitration has been determined by a final order, this case remains in this Court, then Plaintiff's Motion for Class Certification will be due 60 days after the final order resolving DIRECTV's Motion to Compel Arbitration and Plaintiff's Cross-Motion for Declaratory Judgment on the Issue of Unconscionability of the Class-Action Waiver, and the parties shall reconvene to discuss the following topics:

- Timing for motions to join other parties or for leave to amend the pleadings;
- Whether additional methods of ADR, other than the arbitration that is the subject of the Motion to Compel Arbitration, could facilitate resolution of this matter;

- Deadlines for dispositive motions other than the Motion to Compel Arbitration, including motions for summary judgment;

- Timing for initial disclosures required by Federal Rule 26(a)(1);

- Schedule for discovery and briefing regarding class certification;

- Whether this matter should be bifurcated or phased;

- Timing of the pretrial conference and trial date.

Within 14 days of meeting and conferring regarding these topics, the parties will submit a Second Proposed Scheduling Order to the Court.

**IT IS SO ORDERED.**

_____         _____
DATED                                                 The Honorable Paul L. Friedman
                                                              United States District Judge


Submitted by:

DATED:  April 18, 2007                                    /s/ John T. Szymkowicz
                                                              John T. Szymkowicz (D.C. Bar No. 946079)
                                                              Szymkowicz & Szymkowicz, LLP
                                                              1220 19th Street, N.W., Suite 400
                                                              Washington, D.C. 20036-2438
                                                              202-862-8500 (telephone)
                                                              202-862-9825 (facsimile)

                                                              Attorney for Plaintiff J.P. Szymkowicz

K&E 11754373.1

DATED:  April 18, 2007                        /s/ Marimichael O. Skubel          _
　　　　　　　　　　　　　　　　　　　Marimichael O. Skubel (D.C. Bar No. 294934)
　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-5793
　　　　　　　　　　　　　　　　　　　202-879-5000 (telephone)
　　　　　　　　　　　　　　　　　　　202-879-5200 (facsimile)

　　　　　　　　　　　　　　　　　　　Melissa D. Ingalls (D.C. Bar No. 501060)
　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　777 South Figueroa Street
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　213-680-8552 (telephone)
　　　　　　　　　　　　　　　　　　　213-680-8500 (facsimile)

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant DIRECTV, Inc.

K&E 11754373.1

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served on the 18th day of April, 2007, upon the following individuals by operation of the Court's electronic filing system:

John T. Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

                                                        /s/ Marimichael O. Skubel
                                            Attorney for Defendant DIRECTV, Inc.