# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>DIRECTV, INC., )<br>)<br>       Defendant. )<br>)<br>)<br>) | CIVIL ACTION NUMBER: 1:07-CV-00581<br><br>The Honorable Paul L. Friedman |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Marimichael O. Skubel, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move, pursuant to Local Civil Rule 83.2(d), that Melissa D. Ingalls be permitted to participate in the above-captioned matter *pro hac vice* as counsel for Defendant, DIRECTV, Inc. In support of this motion, I submit the accompanying declaration of Melissa D. Ingalls.

Dated: April 19, 2007

Respectfully submitted by,

KIRKLAND & ELLIS LLP


         /s/ Marimichael O. Skubel
Marimichael O. Skubel (D.C. Bar No. 294934)
mskubel@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Tel:  (202) 879-5000
Fax:  (202) 879-5200

Attorneys for Defendant DIRECTV, Inc.

K&E 11729748.3

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been served on the 19th day of April, 2007, upon the following individual by operation of the Court's electronic filing system:

John T. Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

                    /s/ Marimichael O. Skubel
                    Attorney for Defendant DIRECTV, Inc.

K&E 11729748.3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ,<br><br>   Plaintiff,<br><br> vs.<br><br>DIRECTV, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER: 1:07-CV-00581<br>)<br>) The Honorable Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MELISSA D. INGALLS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

  1.  I am a partner in the Los Angeles office of Kirkland & Ellis LLP, located at 777 South Figueroa Street, Suite 3700, Los Angeles, California 90017.  The telephone number is 213-680-8400 and the facsimile number is 213-680-8500.  My e-mail address is mingalls@kirkland.com.

  2.  I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, the United States District Courts for the Central, Northern and Southern Districts of California and the United States District Court for the District of Connecticut.

  3.  No disciplinary proceedings are presently pending, nor have any ever been instituted against me.

  4.  I have not applied for admission *pro hac vice* to this Court within the last two years.

  5.  I am not engaged in the practice of law from an office located in the District of Columbia, but I am a member of the Bar of the District of Columbia.

6. I have read the rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2007

_____
Melissa D. Ingalls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J. P. SZYMKOWICZ,       ) <br> ) <br> Plaintiff,       ) <br> ) <br> vs.       ) <br> ) <br> DIRECTV, INC.,       ) <br> ) <br> Defendant.       ) <br> ) <br> _____ ) | CIVIL ACTION NUMBER: 1:07-CV-00581 <br><br> The Honorable Paul L. Friedman |

## **ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vic*e to admit Melissa D. Ingalls to represent Defendant, DIRECTV, Inc. in the above-captioned matter, it is hereby:

ORDERED that Melissa D. Ingalls is admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as counsel to the Defendant, DIRECTV, Inc. in the above-captioned case.

ENTERED this _____ day of _____, 2007

_____
United States District Court Judge

K&E 11729748.3