UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. P. SZYMKOWICZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DIRECTV, INC., )<br>)<br>Defendant. )<br>)<br>) | CIVIL ACTION NUMBER: 1:07-CV-00581<br><br>The Honorable Paul L. Friedman |

## JOINT STATUS REPORT

Pursuant to this Court's May 9, 2007 Order on DIRECTV's motion to dismiss or, in the alternative, to stay the proceedings and compel arbitration, the parties submit this joint status report.

1.  Plaintiff J.P. Szymkowicz mailed a pre-arbitration claim to Defendant DIRECTV on August 31, 2007, pursuant to Section 9(a) of the parties' arbitration agreement.

2.  Under Section 9(a), the parties must pursue informal dispute resolution for at least 60 days. The parties intend to do so in good faith.

3.  If the parties are unable to resolve Mr. Szymkowicz's claim informally, Mr. Szymkowicz may make a formal demand for arbitration.

DATED: August 31, 2007                            /s/ John T. Szymkowicz
                                                  John T. Szymkowicz (D.C. Bar No. 946079)
                                                  Szymkowicz & Szymkowicz, LLP
                                                  1220 19th Street, N.W., Suite 400
                                                  Washington, D.C. 20036-2438
                                                  202-862-8500 (telephone)
                                                  202-862-9825 (facsimile)

                                                  Attorney for Plaintiff J.P. Szymkowicz

DATED: August 31, 2007                            /s/ Marimichael O. Skubel
                                                  Marimichael O. Skubel (D.C. Bar No. 294934)
                                                  Kirkland & Ellis LLP
                                                  655 Fifteenth Street, N.W.
                                                  Washington, D.C. 20005-5793
                                                  202-879-5000 (telephone)
                                                  202-879-5200 (facsimile)

                                                  Melissa D. Ingalls (D.C. Bar No. 501060)
                                                  Kirkland & Ellis LLP
                                                  777 South Figueroa Street
                                                  Los Angeles, CA 90017
                                                  213-680-8552 (telephone)
                                                  213-680-8500 (facsimile)

                                                  Attorneys for Defendant DIRECTV, Inc.

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been served on the 31st day of August, 2007, upon the following individuals by operation of the Court's electronic filing system:

John T. Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

                                                            /s/ Marimichael O. Skubel
                                            Attorney for Defendant DIRECTV, Inc.

K&E 12066406.2