UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
J. P. SZYMKOWICZ,                   )
                                    )
       Plaintiff,                   )
                                    )
  v.                                )   Civil Action No. 07-0581 (PLF)
                                    )
DIRECTV, Inc.,                      )
                                    )
       Defendant.                   )
_____)

## ORDER

On May 9, 2007, the Court granted defendant's motion to stay proceedings pending arbitration. The Court ordered the parties to report to the Court on September 1, 2007 and every ninety days thereafter. The parties failed to file the required joint report on December 1, 2007. The Court notes that the arbitration provision at issue in the May 9, 2007 Memorandum Opinion and Order required binding arbitration. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. Within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

SO ORDERED.

                                                     _____/s/_____
                                                     PAUL L. FRIEDMAN
DATE:  December 21, 2007               United States District Judge