IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| J.P. SZYMKOWICZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action Number: <u>07-0581 (PLF)</u> |
| | ) |
| DIRECTV, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION TO REOPEN ACTION**

Plaintiff J.P. Szymkowicz, by and through his attorney, John T. Szymkowicz, and with Defendant DIRECTV, Inc.'s consent, respectfully requests that this Honorable Court grant the instant consent motion to reopen the above-referenced action for the following reasons:

**Background**

1. On May 9, 2007, this Honorable Court granted Defendant DIRECTV, Inc.'s motion to dismiss or stay proceedings pending arbitration on the basis that Plaintiff Szymkowicz agreed to arbitrate his dispute with DIRECTV in binding arbitration through JAMS pursuant to the DIRECTV Customer Agreement.

2. Pursuant to this Honorable Court's May 9, 2007 order and Section 9 (a) of the DIRECTV Customer Agreement, Plaintiff Szymkowicz sent a "Pre-Arbitration Claim for Monetary Damages and Declaratory Judgment" to Defendant DIRECTV, Inc. on August 31, 2007.

3. This Honorable Court's May 9, 2007 order also required the parties to provide a status report concerning the arbitration on September 1, 2007 and every ninety days thereafter.

4. The parties filed the September 1, 2007 status report, but did not file the December 1, 2007 status report.

5. On December 21, 2007, this Honorable Court issued an order that stated

> On May 9, 2007, the Court granted defendant's motion to stay proceedings pending arbitration. The Court ordered the parties to report to the Court on September 1, 2007 and every ninety days thereafter. The parties failed to file the required joint report on December 1, 2007. The Court notes that the arbitration provision at issue in the May 9, 2007 Memorandum Opinion and Order required binding arbitration. Accordingly, it is hereby
>
> ORDERED that the case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. Within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice. [Emphasis in original].

6. On January 4, 2008, Plaintiff Szymkowicz mailed his demand for arbitration to the JAMS arbitration service as required by Section 9(a) of the DIRECTV Customer Agreement.

7. Pursuant to this Court's December 21, 2007, the parties request that the Court reopen this action on its docket, and that it remain stayed pending the outcome of the parties' binding arbitration. The parties will report to the Court every 90 days regarding the status of the parties' arbitration (the next report being due on March 1, 2008).

Respectfully submitted,

<u>/x/ John T. Szymkowicz</u>
John T. Szymkowicz (#946079)
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
john@szymkowicz.com
(202) 862-8500 (voice)
(202) 862-9825 (fax)

Attorney for Plaintiff J.P. Szymkowicz

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| J.P. SZYMKOWICZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: <u>07-0581 (PLF)</u> |
| ) | |
| DIRECTV, INC. ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER GRANTING CONSENT MOTION TO REOPEN ACTION</u>**

Upon consideration of the parties' consent motion to reopen the instant action, IT IS HEREBY ORDERED THAT the parties' consent motion to reopen the instant action is GRANTED, and that this matter is STAYED pending the outcome of the parties' arbitration. The parties shall report to the Court on the status of their arbitration in accordance with this Court's May 9, 2007 Order granting defendant's motion to stay proceedings pending arbitration.

_____                     _____
Date                                                                 Paul L. Friedman
                                                                          United States District Judge

cc:

John T. Szymkowicz (#946079)
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
john@szymkowicz.com
(202) 862-8500 (voice)
(202) 862-9825 (fax)

Attorney for Plaintiff J.P. Szymkowicz

Marimichael O. Skubel (#294934)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005-5793

mskubel@kirkland.com
(202) 879-5000 (voice)
(202) 879-5200 (fax)


David I. Horowitz (Not Admitted in DC)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
dhorowitz@kirkland.com
(213) 680-8400 (voice)
(202) 680-8500 (fax)

Michael E. Baumann (#339028)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
mbaumann@kirkland.com
(213) 680-8400 (voice)
(202) 680-8500 (fax)


Melissa D. Ingalls (#501060)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
mingalls@kirkland.com
(213) 680-8400 (voice)
(202) 680-8500 (fax)

Attorneys for Defendant DirecTV, Inc.