IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| J.P. SZYMKOWICZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action Number: <u>07-0581 (PLF)</u> |
| | ) |
| DIRECTV, INC. | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

Plaintiff J.P. Szymkowicz, by and through his attorney, John T. Szymkowicz, dismisses all claims against Defendant DirecTV, Inc. with prejudice.

Respectfully submitted,

<u>/x/ John T. Szymkowicz</u>
John T. Szymkowicz (#946079)
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
john@szymkowicz.com
(202) 862-8500 (voice)
(202) 862-9825 (fax)

Attorney for Plaintiff J.P. Szymkowicz